105 A.3d 625

IN THE MATTER OF JEFFREY S. BECKERMAN, AN
ATTORNEY AT LAW (ATTORNEY NO. 02151183).

January 15, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–117, concluding that the ethics complaint filed against **JEFFREY S. BECKERMAN** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1983, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the complaint against **JEFFREY S. BECKERMAN** in District Docket No. VC–2012–0029E, is hereby dismissed.